1  JOHN BALAZS, Bar #157287
   Attorney At Law
2  916 2nd Street, 2nd Floor
   Sacramento, California 95814
3  Telephone: (916) 505-1687
   John@Balazslaw.com
4
   Attorney for Defendant
5  ALEXANDER MONTGOMERY STEWART

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  No. CR-S 04-088-FCD
                                     )
12                 Plaintiff,        )  **STIPULATION AND ORDER**
                                     )
13       v.                          )
                                     )  Date:  June 20, 2005
14  ALEXANDER MONTGOMERY STEWART,    )  Time:  9:30 a.m.
                                     )  Hon. Frank C. Damrell
15                 Defendant.        )
    _____)
16

17       Defendant Alexander Montgomery Stewart, through his attorney John

18  Balazs, and the United States, through its attorney, Assistant U.S.

19  Attorney Camil Skipper, hereby stipulate and request that the Court

20  continue the status conference in this case from May 23, 2005, to **June**

21  **20, 2005, at 9:30 a.m.**

22       The reason for this request is that the defense needs the

23  additional time for preparation of the defense.  In particular, defense

24  counsel needs additional time to meet with the defense's forensic

25  computer expert to conduct a detailed review of the mirror hard drives

26  that were provided in discovery.  Because of the protective order

27  imposed in connection with the mirror hard drives, defense counsel will

28  likely need to review the hard drives at the expert's office in

1  Southern California.  Due to conflicts between defense counsel and the

2  expert's schedules, such review is not expected to take place until

3  June, 2005.  Defense counsel also needs additional time to discuss the

4  results of the review with his client and to obtain additional records.

5  For these reasons, the parties stipulate and request that the Court

6  continue the status conference from May 23, 2005 to June 20, 2005 and

7  exclude time within which the trial must commence under the Speedy

8  Trial Act from May 23, 2005 to June 20, 2005, for defense preparation

9  under 18 U.S.C. § 3161(h)(8)(B)(iv) (local code T4).  Time is currently

10 being excluded on this ground through May 23, 2005.

11      The defendant is out of custody and agrees with this request.

12                              Respectfully submitted,

13      Dated:  May 17, 2005

14
                                /s/ John Balazs
15                              JOHN BALAZS

16                              Attorney for Defendant
                                ALEXANDER MONTGOMERY STEWART
17

18                              McGREGOR W. SCOTT
                                U.S. Attorney
19      Dated:  May 17, 2005

20
                          By:  /s/ John Balazs for
21                             CAMIL SKIPPER
                               Assistant U.S. Attorney
22                             [signed with permission]

23
                              **ORDER**
24
        **IT IS SO ORDERED.**
25
        Dated: May 18, 2005
26                              /s/ Frank C. Damrell Jr.
                                HON. FRANK C. DAMRELL JR.
27                              U.S. District Judge

28

2