JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 505-1687
John@Balazslaw.com

Attorney for Defendant
ALEXANDER MONTGOMERY STEWART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S 04-088-FCD |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | |
| v. ) | |
| ) | Date: July 25, 2005 |
| ALEXANDER MONTGOMERY STEWART, ) | Time: 9:30 a.m. |
| ) | Hon. Frank C. Damrell |
| Defendant. ) | |
| _____ ) | |

Defendant Alexander Montgomery Stewart, through his attorney John Balazs, and the United States, through its attorney, Assistant U.S. Attorney Camil Skipper, hereby stipulate and request that the Court continue the status conference in this case from June 20, 2005, to **July 25, 2005, at 9:30 a.m.**

The reason for this request is that the defense needs the additional time for preparation of the defense. Counsel has met with its computer forensic expert for an extensive review of the computer hard drives provided in discovery and needs additional time to discuss the results with Mr. Stewart. Further, the defense is in the process of obtaining additional records that are needed for effective preparation of the defense. Finally, the parties are in settlement

1  negotiations and there is a likelihood that the parties will enter a
2  plea agreement before the July 25, 2005 status conference.  For these
3  reasons, the parties stipulate and request that the Court continue the
4  status conference from June 20, 2005 to July 25, 2005 and exclude time
5  within which the trial must commence under the Speedy Trial Act from
6  June 20, 2005 to July 25, 2005, for defense preparation under 18 U.S.C.
7  § 3161(h)(8)(B)(iv) (local code T4).  Time is currently being excluded
8  on this ground through June 20, 2005.

   The defendant is out of custody and agrees with this request.

                                      Respectfully submitted,

   Dated:  June 17, 2005

                                      /s/ John Balazs
                                      JOHN BALAZS

                                      Attorney for Defendant
                                      ALEXANDER MONTGOMERY STEWART


                                      McGREGOR W. SCOTT
                                      U.S. Attorney

   Dated:  June 17, 2005

                                 By:  /s/ John Balazs for
                                      CAMIL SKIPPER
                                      Assistant U.S. Attorney
                                      [signed with permission]


                                   **ORDER**

   **IT IS SO ORDERED.**

   Dated: June 17, 2005
                                      /s/ Frank C. Damrell Jr.
                                      HON. FRANK C. DAMRELL JR.
                                      U.S. District Judge

2