```
McGREGOR W. SCOTT
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2709
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALEXANDER MONTGOMERY STEWART, ) <br> ) <br> Defendant. ) <br> _____ ) | CR. NO. S-04-0088 FCD <br><br> PRELIMINARY ORDER OF <br> FORFEITURE |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Alexander Montgomery Stewart, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. Gateway tower G6-450, serial number 0012098023, with IBM hard drive, serial number WF0A9903, and

    b. Toshiba laptop model P25-S609, serial number X0334098C, with Hitachi hard drive, serial number L4G45NLB.

1    2.   That the above-listed property constitutes property
2 containing visual depiction of sexually explicit conduct received in
3 violation of 18 U.S.C. § 2252, and constitutes property used to
4 facilitate the commission of the violation of 18 U.S.C. § 2252.
5    3.   The aforementioned forfeited property shall be seized and
6 held by the United States Marshals Service, in its secure custody
7 and control.
8    4.   a.   Pursuant to 18 U.S.C. § 2253(m)(1) and Local Rule
9 83-171, the United States forthwith shall publish at least once for
10 three successive weeks in the <u>Mountain Democrat</u> (El Dorado County),
11 newspaper of general circulation located in the county in which the
12 above-described property was seized, notice of this Order, notice of
13 the Attorney General's and/or Secretary of Treasury's intent to
14 dispose of the property in such manner as the Attorney General
15 and/or the Secretary of Treasury may direct, and notice that any
16 person, other than the defendant, having or claiming a legal
17 interest in the above-listed forfeited property must file a petition
18 with the Court within thirty (30) days of the final publication of
19 the notice or of receipt of actual notice, whichever is earlier.
20        b.   This notice shall state that the petition shall be for
21 a hearing to adjudicate the validity of the petitioner's alleged
22 interest in the property, shall be signed by the petitioner under
23 penalty of perjury, and shall set forth the nature and extent of the
24 petitioner's right, title or interest in the forfeited property and
25 any additional facts supporting the petitioner's claim and the
26 relief sought.
27        c.   The United States may also, to the extent practicable,
28 provide direct written notice to any person known to have alleged an

1  interest in the property that is the subject of the Order of
2  forfeiture, as a substitute for published notice as to those persons
3  so notified.
4      5.  If a petition is timely filed, upon adjudication of all
5  third-party interests, if any, this Court will enter a Final Order
6  of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests
7  will be addressed.
8      SO ORDERED this 9TH day of <u>December</u>, 2005.

                          /s/ Frank C. Damrell Jr.
                          FRANK C. DAMRELL, JR.
                          United States District Judge