JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
Alexander Montgomery Stewart



**FILED**

JAN 1 2 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S 04-088-FCD |
| Plaintiff, | |
| v. | UNOPPOSED APPLICATION AND ▬▬▬▬ ORDER |
| Alexander Montgomery Stewart, | |
| Defendant. | Hon. Gregory G. Hollows |

In an order filed November 12, 2004, the Magistrate Court ordered the government to provide to the defendant's expert, Jeff Fischbach, unaltered "mirror images" of defendant's computer hard drives and other computer storage devices that were seized from his home and place of employment. The "mirror images" were provided to the defense expert under a protective order that placed restrictions on their copying and distribution and required that the "mirror images" be returned to the government at the end of the case. On December 9, 2005, the district court sentenced Mr. Stewart to 39 months imprisonment for his conviction of possession of child pornography, with a self-surrender date of January 30, 2006.

Mr. Stewart now requests that the Court's November 12, 2004 order

be modified so that he may have his non-contraband, personal and business computer files returned to him. He thus applies for an order to modify the November 12, 2004 order to permit the defense expert to copy onto one or more CDs or DVDs for Mr. Stewart's counsel, John Balazs, the defendant's files that are in word, excel, and visio format. Mr. Stewart's counsel will then review and make copies of the non-contraband only relevant files for the defendant. After making copies of the non-contraband relevant files for the defendant, counsel will destroy the storage media received from the expert. All other terms of the Court's November 12, 2004 order shall remain in effect.

    Assistant U.S. Attorney Camil Skipper has no objection to this application.

    Dated: January 9, 2006

Respectfully submitted,

/s/ JOHN BALAZS
John Balazs

Attorney for Defendant
Alexander Stewart

**ORDER**

IT IS SO ORDERED.

Dated: January 12, 2006

**GREGORY G. HOLLOWS**
Hon. Gregory G. Hollows
U.S. Magistrate Judge