JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
Alexander Montgomery Stewart

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S 04-088-FCD-DAD |
| ) | |
| Plaintiff, ) | APPLICATION FOR AN ORDER TO |
| ) | EXONERATE THE PROPERTY BOND AND |
| v. ) | RETURN PASSPORT |
| ) | |
| ALEXANDER MONTGOMERY STEWART, ) | |
| ) | |
| Defendant. ) | Hon. Dale A. Drozd |
| ) | |
| _____ ) | |

    Defendant Alexander Montgomery Stewart, through his attorney John Balazs, hereby requests that the Court order the $150,000 property bond be exonerated because Mr. Stewart has self-surrendered to serve his 39 month prison sentence at FCI Butner, North Carolina on January 30, 2006.  Mr. Stewart also requests that the Court order the Clerk's Office to release his passport to his attorney John Balazs.

    On February 23, 2004, U.S. Magistrate Judge Drozd ordered defendant Alexander Montgomery Stewart released on a $150,000 property with a special condition that he surrender his U.S. passport.  The bond was secured by property of defendant Alexander M. Stewart and his wife Kathleen C. Stewart located at 2170 Walnut Creek, Rescue, California.

On February 24, 2004, Mr. Stewart, through counsel, surrendered his passport to the U.S. District Court's Clerk's Office.

On July 25, 2005, defendant Stewart pled guilty to count two of the superseding indictment that charged him with possession of child pornography in violation of 18 U.S.C. § 2252(a)(4)(b).  On December 19, 2005, U.S. District Judge Frank C. Damrell sentenced Mr. Stewart to 39 months imprisonment and granted his request to self-surrender for service of his sentence on January 30, 2006.  At sentencing, pursuant to the plea agreement, the remaining charges against Mr. Stewart were dismissed.

On January 23, 2006, the U.S. Marshal's Office notified undersigned counsel that Mr. Stewart had been designated for service of his sentence at FCI Butner and counsel notified Mr. Stewart of the designation.  On February 3, 2006, defense counsel confirmed through the Bureau of Prison's website's inmate locator that Mr. Stewart had turned himself in for service of sentence and was incarcerated at FCI Butner.

Because he has surrendered for service of his sentence, Mr. Stewart now moves for exoneration of the bond and that title be reconveyed to the owners of the property securing the bond at 2170 Walnut Creek, Rescue, California 95682.  He also requests that his passport be returned to his attorney John Balazs.

Dated:  February 3, 2006

                                         Respectfully submitted,

                                         /s/ John Balazs
                                         JOHN BALAZS

                                         Attorney for Defendant
                                         ALEXANDER MONTGOMERY STEWART

**ORDER**

IT IS HEREBY ORDERED that the property bond securing defendant Alexander Stewart's release in the above-captioned case be exonerated and that title to the property at 2170 Walnut Court, Rescue, California 95682, be reconveyed back to the property's owners Alexander M. Stewart and Kathleen C. Stewart. It is also ordered that Mr. Stewart's passport be released to his attorney John Balazs.

DATED: February 3, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/stewart088.ord