McGREGOR W. SCOTT
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2709

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-04-0088 FCD |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| ALEXANDER MONTGOMERY STEWART, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   WHEREAS, on December 12, 2005, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement entered into between plaintiff and defendant Alexander Montgomery Stewart forfeiting to the United States the following property:

   a.   Gateway tower G6-450, serial number 0012098023, with IBM hard drive, serial number WF0A9903; and

   b.   Toshiba laptop model P25-S609, serial number X0334398C, with Hitachi hard drive, serial number L4G45NLB.

   AND WHEREAS, on December 28, 2005, January 4 and 11, 2006, the United States published notification of the Court's Preliminary Order of Forfeiture in the <u>Mountain Democrat</u> (El Dorado County), a

1

1  newspaper of general circulation located in the county in which the
2  subject property was seized.  Said published notice advised all
3  third parties of their right to petition the court within thirty
4  (30) days of the publication date for a hearing to adjudicate the
5  validity of their alleged legal interest in the forfeited property;
6      AND WHEREAS, the Court has been advised that no third party has
7  filed a claim to the subject property, and the time for any person
8  or entity to file a claim has expired.
9      Accordingly, it is hereby ORDERED and ADJUDGED:
10     1.  A Final Order of Forfeiture shall be entered forfeiting to
11 the United States of America all right, title, and interest in the
12 above-listed property pursuant to 18 U.S.C. § 2253, to be disposed
13 of according to law, including all right, title, and interest of
14 Alexander Montgomery Stewart.
15     2.  All right, title, and interest in the above-described
16 property shall vest solely in the name of the United States of
17 America.
18     3.  The United States shall maintain custody of and control
19 over the subject property until it is disposed of according to law.
20     SO ORDERED THIS 16TH day of February, 2006.

/s/ Frank C. Damrell Jr.
Hon. FRANK C. DAMRELL, JR.
United States District Judge