HEATHER E. WILLIAMS
Federal Defender
RACHELLE BARBOUR, SB # 185395
Research and Writing Attorney
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Requesting Appointment for
ALEXANDER STEWART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | ) | CR. S. 04-00088-WBS |
| | ) | |
| | ) | APPLICATION FOR AND |
| ALEXANDER STEWART. | ) | ORDER APPOINTING COUNSEL |
| | ) | |
| _____ | ) | |

ALEXANDER STEWART, through the Federal Defender for the Eastern District of

California, hereby requests the Office of the Federal Defender, be appointed as counsel.

Mr. Stewart contacted the Federal Defender's Office seeking a lawyer to represent him in

filing a petition for early termination of supervised release.  He had appointed counsel in his

original case, but that CJA panel attorney is not available to represent Mr. Stewart in this matter.

The Federal Defender's Office received a financial affidavit indicating Mr. Stewart qualifies for

appointed counsel.  The Federal Defender's Office respectfully requests appointment to represent

Mr. Stewart.

DATED: June 10, 2014

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ Rachelle Barbour
RACHELLE BARBOUR
Research and Writing Attorney

Application for and Order
Appointing Counsel                                    1

1

2

ORDER

3

Upon Mr. Stewart's Application and the Federal Defender's review of his Financial

4

Affidavit, and having satisfied the Court that he is unable to employ retained counsel for this

5

matter,

6

IT IS HEREBY ORDERED that the Federal Defender be appointed to this matter

7

pursuant to 18 U.S.C. § 3006A.

8

DATED:  June 10, 2014.

9

10

_____

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Application for and Order
Appointing Counsel                                    2