HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Research and Writing Attorney
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
ALEXANDER MONTGOMERY STEWART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 04-00088-WBS |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER CONTININUING ADMIT/DENY HEARING |
| v. | ) ) | AND MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE; EXCLUDING |
| ALEXANDER MONTGOMERY STEWART, | ) ) ) | TIME |
| Defendant. | ) ) ) | Date:   September 8, 2014 Time:   9:30 a.m. Judge:  William B. Shubb |

It is hereby stipulated and agreed to between the United States of America through Assistant U.S. Attorney JOSH SIGAL, and defendant, ALEXANDER MONTGOMERY STEWART, by and through his counsel, Research and Writing Attorney RACHELLE BARBOUR, that the admit/deny hearing and the Petition for Early Termination of Supervised Release set for Monday, July 21, 2014, be continued to Monday, September 8, 2014, at 9:30 a.m.

//

//

The reason for this continuance is to allow defense counsel additional time to continue examining the possible defenses, obtaining records, and investigating the facts of the case, and for further meetings between the parties prior to setting the matter for hearing. Defense counsel has confirmed this continuance and the new date with the assigned probation officer who concurs.

DATED: July 17, 2014                HEATHER E. WILLIAMS
                                    Federal Defender

                                    */s/ Rachelle Barbour*
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender
                                    Attorney for
                                    ALEXANDER MONTGOMERY STEWART

DATED: July 17, 2014                BENJAMIN B. WAGNER
                                    United States Attorney

                                    */s/ Rachelle Barbour for*
                                    JOSH SIGAL
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on July 17, 2014, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the admit/deny hearing and the hearing on the Petition for Early Termination of Supervised Release currently scheduled for Monday, July 21, 2014, be vacated and that the matters be reset for Monday, September 8, 2014, at 9:30 a.m.

Dated: July 18, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-