

JUL 3 0 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Research and Writing Attorney
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
ALEXANDER MONTGOMERY STEWART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 04-00088-WBS |
| Plaintiff, | 🖊️ |
| | STIPULATION AND [PROPOSED] ORDER REGARDING DISCLOSURE OF PROBATION |
| v. | DOCUMENTS AND EVIDENCE AND CONTINUING HEARING ON PETITION FOR |
| ALEXANDER MONTGOMERY STEWART, | DISCLOSURE |
| Defendant. | Judge:  Hon. Dale A. Drozd |

The United States of America through Assistant U.S. Attorney JOSH SIGAL, and

defendant, ALEXANDER MONTGOMERY STEWART, by and through his counsel, Attorney

RACHELLE BARBOUR, hereby stipulate and request that the Court sign the attached order

authorizing the Probation Office to disclosure the following items requested by the defense in its

pending Petition for Disclosure. The parties also stipulate and request that the pending Petition

for Disclosure be continued to September 8, 2014 at 2:00 p.m. to enable the Probation Office to

provide the requested documents to the parties in advance of the hearing.  As discussed in the

motion, Eastern District Local Rule 461 prevents the Probation Office from producing any

"confidential documents" without a court order.  The Probation Office agrees to release the

following items, and the parties request that the Court authorize it to do so:

1.      The document entitled 'PHOTONAOMIANDSELF.DOC' that was found on Mr.

Stewart's computer.

-1-

2.      The forensic computer report indicating that Mr. Stewart viewed certain images identified only by name in the Petition for Violation.

3.      Mr. Stewart's computer or a mirrored copy of the hard drive of his computer.

4.      The "chrono" reports of Ms. Lutke's meetings with Mr. Stewart on May 30, 2013, January 31, 2014, and June 6, 2014.

5.      The June 2013 monthly report submitted to the Probation Office by Mr. Stewart.

Release of these items will considerably narrow the scope of the pending Petition for Disclosure, and allow the parties to continue to seek informal means of resolving it.  The parties respectfully request that the Court sign the attached proposed order and continue the pending motion to September 8, 2014 at 2:00 p.m.

DATED: July 29, 2014                     HEATHER E. WILLIAMS
                                         Federal Defender

                                         /s/ Rachelle Barbour
                                         RACHELLE BARBOUR
                                         Attorney for
                                         ALEXANDER MONTGOMERY STEWART


DATED: July 29, 2014                     BENJAMIN B. WAGNER
                                         United States Attorney

                                         /s/ Rachelle Barbour for
                                         JOSH SIGAL
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

### O R D E R

The Court hereby adopts the stipulation of the parties in its entirety.  The Court hereby authorizes disclosure by the Probation Office of the material specified above.  The pending defense Petition for Disclosure is continued to September 8, 2014 at 2:00 p.m. on the duty calendar.

DATED: July  30 , 2014

                                         DALE A. DROZD
                                         United States Magistrate Judge

-2-