HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
ALEXANDER MONTGOMERY STEWART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 04-00088-WBS |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PETITION FOR PROBATION RECORDS |
| v. | ) ) | |
| ALEXANDER MONTGOMERY STEWART, | ) ) ) | New Date: September 30, 2014<br>Time: 2:00 p.m.<br>Judge: Hon. Allison Claire |
| Defendant. | ) | |

The United States of America through Assistant U.S. Attorney JOSH SIGAL, and defendant, ALEXANDER MONTGOMERY STEWART, by and through his counsel, Attorney RACHELLE BARBOUR, submit this stipulation requesting that the hearing on this matter be continued to Tuesday, September 30, 2014 at 2:00 p.m., from the current date of Tuesday, September 23, 2014, so that the parties can continue to resolve informally the issues presented by this petition.  No Speedy Trial issues apply in this case.

DATED: September 22, 2014        HEATHER E. WILLIAMS
                                 Federal Defender

                                 */s/ Rachelle Barbour*
                                 RACHELLE BARBOUR
                                 Assistant Federal Defender
                                 Attorney for
                                 ALEXANDER MONTGOMERY STEWART

DATED: September 22, 2014

BENJAMIN B. WAGNER
United States Attorney

*/s/ Rachelle Barbour for*
JOSH SIGAL
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

IT IS SO ORDERED.

DATED: September 22, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE