HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Research & Writing Attorney
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
ALEXANDER MONTGOMERY STEWART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ALEXANDER MONTGOMERY STEWART, <br><br> Defendant. | Case No.  Cr. S. 04-0088-WBS <br><br> [proposed] ORDER AUTHORIZING DISCLOSURE OF PROBATION RECORDS |

On September 30, 2014, the Court heard argument on Mr. Stewart's Petition for Disclosure of Probation Records.  As ordered in open court on this date, the Court hereby ORDERS and AUTHORIZES disclosure of the records of the Probation Office as follows:

1. <u>Any records in addition to Mr. Stewart's monthly reports that detail Mr. Stewart's contact with the probation office, document information he provided to the probation office about his 12-step program and employment, and document his attempts to clarify conditions</u>.

The probation office must provide, or make available for copying all of the following materials: Mr. Stewart's daily activity logs (also known as journal entries) that were required to be kept and were submitted with his monthly reports; Mr. Stewart's letters to the probation office; Mr. Stewart's supplemental sex offender monthly reports; Mr. Stewart's reports on his computer usage, and Mr. Stewart's sign-in sheets for his 12-step program.

      The probation office is also authorized to provide any emails between it and Mr. Stewart to the parties.[1]

      2. <u>A copy of the polygraph examination report administered on June 14, 2014</u>.

      3. <u>Records of verbal and written directives from Mr. Stewart's probation officers cited in violations 5 and 6</u>.

      4. <u>Prior Statements of Witnesses at the Evidentiary Hearing</u>.  The probation office is ordered to disclose to the parties all probation officer "chronos" relating to Mr. Stewart's supervision under Federal Rules of Criminal Procedure 26.2 and 32.1.

      To avoid putting an undue burden on the probation office, the Probation Office is authorized to make Mr. Stewart's entire file available to defense counsel and the government to enable the parties to review and copy relevant documents.

Dated: October 1, 2014

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] The defense is able to access most of these emails through other means, but the probation office may want to make certain emails available to the parties and it is the intent of the parties that this Order authorize such disclosure but not require it.